**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2570 <br><br> HON. JUDGE RICHARD L. YOUNG <br><br> MAG. JUDGE: TIM A. BAKER |
| This Document Relates to: <br><br> *Valentin Vela and Mary Vela v. Cook Medical, Inc., et al.*; <br><br> Case No. 1:17-cv-2189 | |

## <u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting widow/Personal Representative Mary Vela as plaintiff on behalf of the deceased Plaintiff, Valentin Vela.

1. Plaintiffs filed a products liability lawsuit against defendants on June 26, 2017.

2. Counsel for Plaintiffs was subsequently notified that Plaintiff Valentin Vela died on December 9, 2018. A Notice and Suggestion of Death was filed on September 12, 2024.

3. Plaintiff Valentin Vela's product liability action against defendants survived his death and was/is not extinguished.

4. Mary Vela, surviving widow and Trustee/Representative of the estate of Plaintiff Valentin Vela, is a proper party to substitute for plaintiff-decedent Valentin Vela and Mary Vela and has proper capacity to proceed forward with the surviving products liability claim on Plaintiffs' behalf, pursuant to Fed. R. Civ. P. 25(a)(1).

WHEREFORE, Counsel for Plaintiffs request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.


Dated: December 10, 2024

Respectfully Submitted,

**FLINT COOPER COHN THOMPSON & MIRACLE**

*/s/ Trent B. Miracle*
Trent B. Miracle
FLINT COOPER
COHN THOMPSON & MIRACLE, LLC
222 East Park Street, Suite 500
Edwardsville, IL 62025
Telephone: 618-288-4777
tmiracle@flintcooper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing *Motion to Substitute Party Plaintiff* has contemporaneously with or before filing been served on all parties or their attorneys on the Court's ECF System, which will send notification of such filing to all counsel of record.

Dated: December 10, 2024                    /s/ Trent B. Miracle