**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2570<br><br>HON. JUDGE RICHARD L. YOUNG<br><br>MAG. JUDGE: TIM A. BAKER |
| This Document Relates to:<br><br>*Valentin Vela and Mary Vela v. Cook Medical, Inc., et al.*;<br><br>Case No. 1:17-cv-2189 | |

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that **MARY VELA**, on behalf of the decedent, **VALENTIN VELA**, be substituted as the proper party plaintiff herein and that the Clerk of Court docket the First Amended Short Form Complaint in this case.

Signed in Indianapolis this _____ day of _____, 20_____.


_____
DISTRICT COURT JUDGE